944

No. 390, Misc. VICK v. MEMPHIS AND SHELBY COUNTY BAR ASSOCIATION, INC., 352 U. S. 975. Motion for leave to file second petition for rehearing denied.

JULY 8, 1957.

No. 72. LEHMANN, OFFICER IN CHARGE, IMMIGRATION AND NATURALIZATION SERVICE, v. UNITED STATES EX REL. CARSON OR CARASANITI, 353 U. S. 685;

No. 403. RABANG v. BOYD, DISTRICT DIRECTOR, IMMIGRATION AND NATURALIZATION SERVICE, 353 U. S. 427;

No. 619. JACKSON v. TAYLOR, ACTING WARDEN, 353 U. S. 569;

No. 620. FOWLER v. WILKINSON, WARDEN, 353 U. S. 583;

No. 820. SMITH v. UNITED STATES, 353 U. S. 983;

No. 922. LELLES v. UNITED STATES, 353 U. S. 974;

No. 939. MARKHAM ET AL. v. BURCHFIELD ET AL., 353 U. S. 988;

No. 677, Misc. LEBRON v. UNITED STATES, ante, p. 911;

No. 775, Misc. CEPERO v. PAN AMERICAN WORLD AIRWAYS ET AL., ante, p. 927; and

No. 795, Misc. LUCIANO v. WILKINSON, WARDEN, ante, p. 924. Petitions for rehearing denied. MR. JUSTICE DOUGLAS took no part in the consideration or decision of these applications.